Michael E. Schwimer, Esq. (SBN 255567)
Mitch Rosensweig, Esq. (SBN 320480)
**SCHWIMER WEINSTEIN LLP**
2665 Main Street, Suite 200
Santa Monica, CA 90405
Telephone: (310) 957-2700
Facsimile: (310) 957-2701

Attorneys for Plaintiff,
TAYLOR KOEBELE

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR KOEBELE, an individual;<br><br>Plaintiff<br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a corporation; USAA CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendants. | Case No. 2:21-cv-03156 JFW(AGRx)<br><br>ORDER OF DISMISSAL<br><br>[Rule 41 of the Federal Rules of Civil]<br><br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under FRCP 41, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, as to all claims, cause of actions, and parties, with each party bearing that party's own fees and costs.

DATE: June 21, 2021

_____
Hon. John F. Walter